Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*Attorneys for Claimant*
PATIENTS MUTUAL ASSISTANCE
COLLECTIVE CORPORTATION, dba
HARBORSIDE HEALTH CENTER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA,<br><br>Defendant. | No. CV 12-3567 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Maria Elena James<br>Complaint Filed: July 9, 2012<br>Trial Date: None Set |

WHEREAS, the Case Management Conference in the above-entitled case is presently scheduled for October 11, 2012; and

WHEREAS, Henry Wykowski, counsel for claimant Harborside Health Center, had a death in his family that required him to travel out-of-state on short notice; and

WHEREAS, Mr. Wykowski will not be returning from his absence in time to adequately prepare for the hearings on the October 11 date; and

WHEREAS, all the undersigned parties have agreed to continue the matters scheduled for

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

1

October 11, 2012, until November 1, 2012;

    IT IS STIPULATED AS FOLLOWS:

    The initial Case Management Conference in the above captioned case, no. CV 12-3567 MEJ, are continued to November 1, 2012 at 10:30 A.M.

Dated: October 3, 2012

/s/ Henry G. Wykowski
HENRY G. WYKOWSKI
*Attorneys for Claimant*
PATIENTS MUTUAL ASSISTANCE COLLECTIVE and SAN JOSE WELLNESS dba HARBORSIDE HEALTH CENTER

Dated: October 3, 2012

/s/ Arvon Perteet
ARVON PERTEET
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 3, 2012

GEOFF SPELLBERG
*Attorneys for Claimant*
ANNA CHRETIEN

Dated: October 3, 2012

J. SCOTT ISHERWOOD
*Attorneys for Claimant*
SUMMIT BANK

Dated: October 3, 2012

/s/ Joe Elford
JOE ELFORD
*Attorneys for Claimants*

HENRY G. WYKOWSKI & ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

2

# [PROPOSED] ORDER

WHEREFORE, Good cause appearing the initial Case Management Conference in the above captioned case, no. CV 12-3567 MEJ, is continued to November 1, 2012 at 10:30 A.M.

SO ORDERED

Dated: __October 3, 2012_____                    _____
                                                     THE HONORABLE MARIA-ELENA JAMES

*(Signature: Judge Maria-Elena James, United States District Court, Northern District of California)*

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1

**CERTIFICATE OF SERVICE**

    I certify that copies of the above document was served electronically on October 3, 2012 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

                                          /s/ Henry G. Wykowski
                                          Henry G. Wykowski