Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone:  (415) 788-4545
Facsimile:  (415) 788-4546

*Attorneys for Claimant*
PATIENTS MUTUAL ASSISTANCE
COLLECTIVE CORPORTATION, dba
HARBORSIDE HEALTH CENTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA,<br><br>Defendant. | No.  CV 12-3567 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:          Hon. Maria Elena James<br>Complaint Filed:    July 9, 2012<br>Trial Date:      None Set |

WHEREAS, the Case Management Conference in the above-entitled case is presently scheduled for October 11, 2012; and

WHEREAS, Henry Wykowski, counsel for claimant Harborside Health Center, had a death in his family that required him to travel out-of-state on short notice; and

WHEREAS, Mr. Wykowski will not be returning from his absence in time to adequately prepare for the hearings on the October 11 date; and

WHEREAS, all the undersigned parties have agreed to continue the matters scheduled for

1   October 11, 2012, until November 1, 2012;

2          IT IS STIPULATED AS FOLLOWS:

3          The initial Case Management Conference in the above captioned case, no. CV 12-3567

4   MEJ, are continued to November 1, 2012 at 10:30 A.M.

5

6

7   Dated: October 3, 2012                    /s/ Henry G. Wykowski
8                                             HENRY G. WYKOWSKI
                                              *Attorneys for Claimant*
9                                             PATIENTS MUTUAL ASSISTANCE
                                              COLLECTIVE and SAN JOSE WELLNESS
10                                            dba HARBORSIDE HEALTH CENTER

11

12  Dated: October 3, 2012                    /s/ Arvon Perteet
13                                            ARVON PERTEET
                                              Attorneys for Plaintiff
14                                            UNITED STATES OF AMERICA

15

16  Dated: October 3, 2012
17                                            GEOFF SPELLBERG
                                              *Attorneys for Claimant*
18                                            ANNA CHRETIEN

19

20  Dated: October 3, 2012
21                                            J. SCOTT ISHERWOOD
                                              *Attorneys for Claimant*
22                                            SUMMIT BANK

23  Dated: October 3, 2012                    /s/ Joe Elford
24                                            JOE ELFORD
                                              *Attorneys for Claimants*
25

26

27

28

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

# ~~[PROPOSED]~~ ORDER

WHEREFORE, Good cause appearing the initial Case Management Conference in the

above captioned case, no. CV 12-3567 MEJ, is continued to November 1, 2012 at 10:30 A.M.

SO ORDERED

Dated:  ___October 3, 2012___                              _____



THE                                                                         E

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that copies of the above document was served electronically on October 3, 2012 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

/s/ Henry G. Wykowski

Henry G. Wykowski

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1