1   Henry G. Wykowski (State Bar No. 068255)
2   **HENRY G. WYKOWSKI & ASSOCIATES**
    235 Montgomery Street, Suite 657
    San Francisco, CA 94104
3   Telephone:  (415) 788-4545
    Facsimile:  (415) 788-4546
4

5   *Attorneys for Claimant*
    PATIENTS MUTUAL ASSISTANCE
6   COLLECTIVE CORPORTATION,
    and SAN JOSE WELLNESS
7   dba HARBORSIDE HEALTH CENTER

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12   UNITED STATES OF AMERICA,                 **No.  CV 12-3566 MEJ**

13                    Plaintiff,               **STIPULATION AND [PROPOSED]
                                               ORDER CONTINUING CASE
14           v.                                MANAGEMENT CONFERENCE AND
                                               MOTION HEARING**
15
     REAL PROPERTY AND IMPROVEMENTS            Judge:            Hon. Maria Elena James
16   LOCATED AT 2106 RINGWOOD                  Complaint Filed:  July 9, 2012
     AVENUE, SAN JOSE, CALIFORNIA              Trial Date:       None Set
17
18                    Defendant.

19
     PATIENTS MUTUAL ASSISTANCE
20   COLLECTIVE CORPORTATION, and SAN
     JOSE WELLNESS, dba HARBORSIDE
21   HEALTH CENTER

22                    Claimant.

23

24           WHEREAS, the Case Management Conference and Motion for Preliminary Injunction in

25   the above-entitled case are presently scheduled for October 11, 2012; and

26           WHEREAS, Henry Wykowski, counsel for claimant Harborside Health Center, had a

27

28

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV  12-3566 MEJ*

1

1     death in his family that required him to travel out-of-state on short notice; and

2            WHEREAS, Mr. Wykowski will not be returning from his absence in time to adequately

3     prepare for the hearings on the October 11 date; and

4

5            WHEREAS, all the undersigned parties have agreed to continue the matters scheduled for

6     October 11, 2012, until November 1, 2012;

7            IT IS STIPULATED AS FOLLOWS:

8            The initial Case Management Conference in the above captioned case, and the hearing on

9     Motion for Preliminary Injunction in case no. CV 12-3566 MEJ, are continued to November 1,

10     2012 at 10:30 A.M.

11

12     Dated: October 3, 2012                   /s/ Henry G. Wykowski

13                                     HENRY G. WYKOWSKI
                                    *Attorneys for Claimant*

14                                     PATIENTS MUTUAL ASSISTANCE
                                    COLLECTIVE and SAN JOSE WELLNESS

15                                     dba HARBORSIDE HEALTH CENTER

16     Dated: October 3, 2012                   /s/ Arvon Preteet

17                                     ARVON PEREET
                                    Attorneys for Plaintiffs

18                                     UNITED STATES OF AMERICA

19

20     Dated: October 3, 2012                   /s/ Joe Elford

21                                     JOE ELFORD
                                    *Attorneys for Claimants*

22

23

24     Dated: October 3, 2012

                                    PAUL AVILA
                                    *Attorneys for Claimant*

25                                     CONCOURSE BUSINESS CENTER LLC

26

27

28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1                                      **[PROPOSED] ORDER**

2

3       WHEREFORE, Good cause appearing the initial Case Management Conference in the

4 above captioned case, and the hearing on Motion for Preliminary Injunction in case no. CV 12-

5 3566 MEJ, are continued to November 1, 2012 at 10:30 A.M.

6

7       SO ORDERED

8 Dated: __October 4, 2012_____          _____

9                                      THE HON. MARIA ELENA JAMES

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1

**CERTIFICATE OF SERVICE**

I certify that copies of the above document was served electronically on October 3, 2012 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

/s/ Henry G. Wykowski
Henry G. Wykowski

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV  12-3566 MEJ*