1  Henry G. Wykowski (State Bar No. 068255)
   **HENRY G. WYKOWSKI & ASSOCIATES**
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4
   *Attorneys for Claimant*
5  PATIENTS MUTUAL ASSISTANCE
   COLLECTIVE CORPORTATION,
6  and SAN JOSE WELLNESS
7  dba HARBORSIDE HEALTH CENTER

8                     UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
                                              No. CV 12-3566 MEJ
12 UNITED STATES OF AMERICA,
                                              **STIPULATION AND [PROPOSED]**
13         Plaintiff,                         **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE AND**
14      v.                                    **MOTION HEARING**

15
   REAL PROPERTY AND IMPROVEMENTS             Judge:            Hon. Maria Elena James
16 LOCATED AT 2106 RINGWOOD                   Complaint Filed:  July 9, 2012
   AVENUE, SAN JOSE, CALIFORNIA               Trial Date:       None Set
17

18         Defendant.

19
   PATIENTS MUTUAL ASSISTANCE
20 COLLECTIVE CORPORTATION, and SAN
   JOSE WELLNESS, dba HARBORSIDE
21 HEALTH CENTER

22         Claimant.

23

24         WHEREAS, the Case Management Conference and Motion for Preliminary Injunction in

25 the above-entitled case are presently scheduled for October 11, 2012; and

26         WHEREAS, Henry Wykowski, counsel for claimant Harborside Health Center, had a

27

28
   STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
   *United States v. Real Property Improvements., CV 12-3566 MEJ*

                                          1

death in his family that required him to travel out-of-state on short notice; and

WHEREAS, Mr. Wykowski will not be returning from his absence in time to adequately prepare for the hearings on the October 11 date; and

WHEREAS, all the undersigned parties have agreed to continue the matters scheduled for October 11, 2012, until November 1, 2012;

IT IS STIPULATED AS FOLLOWS:

The initial Case Management Conference in the above captioned case, and the hearing on Motion for Preliminary Injunction in case no. CV 12-3566 MEJ, are continued to November 1, 2012 at 10:30 A.M.

Dated: October 3, 2012            /s/ Henry G. Wykowski
                                  HENRY G. WYKOWSKI
                                  *Attorneys for Claimant*
                                  PATIENTS MUTUAL ASSISTANCE
                                  COLLECTIVE and SAN JOSE WELLNESS
                                  dba HARBORSIDE HEALTH CENTER

Dated: October 3, 2012            /s/ Arvon Preteet
                                  ARVON PEREET
                                  Attorneys for Plaintiffs
                                  UNITED STATES OF AMERICA

Dated: October 3, 2012            /s/ Joe Elford
                                  JOE ELFORD
                                  *Attorneys for Claimants*

Dated: October 3, 2012            _____
                                  PAUL AVILA
                                  *Attorneys for Claimant*
                                  CONCOURSE BUSINESS CENTER LLC

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
*United States v. Real Property Improvements., CV 12-3566 MEJ*

2

# [PROPOSED] ORDER

WHEREFORE, Good cause appearing the initial Case Management Conference in the above captioned case, and the hearing on Motion for Preliminary Injunction in case no. CV 12-3566 MEJ, are continued to November 1, 2012 at 10:30 A.M.

SO ORDERED

Dated: __October 4, 2012__

_____
THE HON. MARIA ELENA JAMES

**CERTIFICATE OF SERVICE**

    I certify that copies of the above document was served electronically on October 3, 2012 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

                                            /s/ Henry G. Wykowski
                                            Henry G. Wykowski