**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CA,<br><br>　　　　　　　Defendant.<br>_____/ | No. C 12-03567 MEJ<br>Related cases: 12-3566 MEJ<br>　　　　　　　　　12-5245 MEJ<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCES** |

The above-captioned case is related to both C 12-3566 MEJ, *United States Of America v. Real Property and Improvements Located at 2106 Ringwood Avenue, San Jose, California*, and C 12-5245 MEJ, *City of Oakland v. Eric Holder, et al.* However, C 12-3566 and C 12-5245 are not currently related as the Defendants in C 12-5245 have yet to make an appearance and no party has requested that the two cases be related. Accordingly, C 12-3566 MEJ and C 12-3567 MEJ are scheduled for a Case Management Conference on November 1, 2012, while C 12-5245 MEJ is not scheduled for a Case Management Conference until January 10, 2013. Prior to issuing a case management schedule in any of the cases, the Court finds it appropriate to first determine whether any party has an objection to all three cases being related. Accordingly, the Court ORDERS as follows:

1) The November 1, 2012 Case Management Conference in C 12-3566 MEJ and C 12-3567 MEJ is CONTINUED to January 10, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by January 3, 2013; and

2) Any party that has an objection to all three cases being related must file an opposition by December 10, 2012.

1    After review of any objections filed by December 10, the Court shall issue an order as to
2 whether all three cases shall be related.  In the meantime, the parties are encouraged to continue with
3 the informal settlement discussions that have already taken place.  If the parties are able to agree
4 upon a formal ADR process and wish to begin that process prior to the January 10, 2013 Case
5 Management Conference, they shall file a stipulation and proposed order.
6    Plaintiff in C 12-5245 MEJ is directed to serve this Order upon Defendants.
7    **IT IS SO ORDERED.**

9 Dated: October 29, 2012
10                                                                      _____
                                                                         Maria-Elena James
                                                                         Chief United States Magistrate Judge