Henry G. Wykowski (State Bar No. 068255)
**HENRY G. WYKOWSKI & ASSOCIATES**
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

Attorneys for Claimant
PATIENTS MUTUAL ASSISTANCE
COLLECTIVE CORPORTATION,
and SAN JOSE WELLNESS
dba HARBORSIDE HEALTH CENTER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2106 RINGWOOD AVENUE, SAN JOSE, CALIFORNIA<br><br>Defendant.<br><br>PATIENTS MUTUAL ASSISTANCE COLLECTIVE CORPORTATION, and SAN JOSE WELLNESS, dba HARBORSIDE HEALTH CENTER<br><br>Claimant. | No.  CV 12-3566 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:            Hon. Maria Elena James<br>Complaint Filed: July 9, 2012<br>Trial Date:       None Set |

WHEREAS, on October 29, 2012 the Court rescheduled the hearing date on Claimant

Concourse Business Center LLC's Motion for an Order Prohibiting Unlawful Use of Property to

November 8th, 2012 at 10:00 a.m.

---

STIPULATION CONTINUING MOTION HEARING
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1

WHEREAS, all the undersigned parties have agreed to continue the motion hearing from this November 8th date to December 13th, 2012 at 10:00 a.m.

WHEREAS, counsel for Harborside Health Center is out of state next week and unavailable, undersigned counsel agreed to continue the hearing until such time as all counsel are available.

IT IS STIPULATED AS FOLLOWS:

The hearing on Motion for Preliminary Injunction in case no. CV 12-3566 MEJ, is continued to December 13th, 2012 at 10:00 A.M.

Dated: October 30, 2012  /s/ Henry G. Wykowski
HENRY G. WYKOWSKI
Attorneys for Claimant
PATIENTS MUTUAL ASSISTANCE
COLLECTIVE and SAN JOSE WELLNESS
dba HARBORSIDE HEALTH CENTER

Dated: October 30, 2012  /s/ Arvon Perteet
ARVON PERTEET
Attorneys for Plaintiffs
UNITED STATES OF AMERICA

Dated: October 30, 2012  /s/ Paul Avila
PAUL AVILA
Attorneys for Claimant
CONCOURSE BUSINESS CENTER LLC

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING MOTION HEARING
*United States v. Real Property Improvements., CV 12-3566 MEJ*

2

**[PROPOSED] ORDER**

WHEREFORE, Good cause appearing the hearing on Motion for Preliminary Injunction in case no. CV 12-3566 MEJ, currently scheduled for November 8th, 2012 at 10:00 A.M., is continued to December 13th, 2012 at 10:00 A.M.

SO ORDERED

Dated: November 1, 2012

THE HON. MARIA ELENA JAMES

HENRY G.
WYKOWSKI &
ASSOCIATES
ATTORNEYS AT LAW

STIPULATION CONTINUING MOTION HEARING
*United States v. Real Property Improvements., CV 12-3566 MEJ*

1

**CERTIFICATE OF SERVICE**

    I certify that copies of the above document was served electronically on October 30, 2012 on counsel of record in compliance with Federal Rule of Civil Procedure 5 and the local rules of the Northern District, by use of the Court's ECF system.

                                        /s/ Henry G. Wykowski
                                        Henry G. Wykowski

STIPULATION CONTINUING MOTION HEARING
*United States v. Real Property Improvements., CV 12-3566 MEJ*

HENRY G. WYKOWSKI & ASSOCIATES
ATTORNEYS AT LAW

1