1  CEDRIC C. CHAO (SBN 76045)
   CChao@mofo.com
2  S. RAJ CHATTERJEE (SBN 177019)
   SETH A. SCHREIBERG (SBN 267122)
3  TARYN S. RAWSON (SBN 277341)
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California  94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6
   BARBARA J. PARKER, City Attorney (SBN 69722)
7  BParker@oaklandcityattorney.org
   AMBER MACAULAY, Deputy City Attorney (SBN 253925)
8  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
9  Telephone: 510.238.3601
   Facsimile: 510.238.6500
10
   Attorneys for Plaintiff City of Oakland
11
   STUART F. DELERY
12 Principal Deputy Assistant Attorney General
   ARTHUR R. GOLDBERG
13 Assistant Director, Federal Programs Branch
   KATHRYN L. WYER (Utah Bar No. 9846)
14 U.S. Department of Justice, Civil Division
   20 Massachusetts Avenue, N.W., Washington, DC 20530
15 Tel. (202) 616-8475/Fax (202) 616-8470
   kathryn.wyer@usdoj.gov
16
17 Attorneys for the United States

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 CITY OF OAKLAND,                          No. CV 12-5245 MEJ

                  Plaintiff,                 Related Cases: No. CV 12-3566 MEJ
22                                                          No. CV 12-3567 MEJ
            v.
23                                           **STIPULATION AND [PROPOSED]**
   ERIC HOLDER, Attorney General of the     **ORDER TO RENOTICE HEARING ON**
24 United States; and MELINDA HAAG, U.S.    **DEFENDANTS' MOTION TO DISMISS**
   Attorney for the Northern District of    **AND TO RESET DEADLINES FOR**
25 California,                               **ASSOCIATED BRIEFING**

26                Defendants.                Hearing Date:  January 31, 2013
                                            [As proposed by parties]
27                                          Time: 10:00 a.m.
                                            Courtroom:  B, Hon. Maria Elena James
28

─────────────────────────────────────────────
STIPULATION TO RENOTICE HEARING ON DEFENDANTS' MOTION TO DISMISS                    i
sf-3232989

1    WHEREAS, on December 10, 2012, defendants filed a motion to dismiss, noticing the

2  hearing on said motion for January 17, 2013;

3    WHEREAS, pursuant to Local Rule 7-3, plaintiff's opposition to the defendants' motion

4  must be filed by December 24, 2012 and defendants' reply to plaintiffs' opposition must be filed

5  by December 31, 2012;

6    WHEREAS, on December 21, 2012, defendants' counsel contacted plaintiff's counsel

7  seeking a stipulation to renotice the defendants' motion to dismiss for January 31, 2013 and to

8  extend the briefing schedule; and

9    WHEREAS, counsel have agreed to move the hearing on defendants' motion to dismiss to

10  January 31, 2013, and arrived at a mutually agreeable briefing schedule.

11

12    Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED by the parties, through their

13  undersigned counsel, that:

14    1. At defendants' request, the hearing on defendants' motion to dismiss is hereby

15  renoticed for January 31, 2013 at 10:00am before the Honorable Magistrate Judge James in

16  Courtroom B.

17    2. The deadline for plaintiff to file its opposition to the motion to dismiss is extended to

18  January 14, 2013.

19    3. The deadline for defendants to file the reply in support of their motion to dismiss is

20  extended to January 22, 2013.

21

22    SO STIPULATED:

23

    12/21/12                              /s/Cedric Chao
24    _____          _____
          Date                                Cedric C. Chao
25                                          Morrison & Foerster
                                          Counsel for Plaintiffs
26

    12/22/12                              /s/ Kathy Wyer
27    _____          _____
          Date                               Kathryn Wyer
28                                  United States Department of Justice
                                       Counsel for Defendants

STIPULATION TO RENOTICE HEARING ON DEFENDANTS' MOTION TO DISMISS                    i
sf-3232989

1

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 January 3, 2013
             Date                           Hon. Maria Elena James

6                                      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28