1  CEDRIC C. CHAO (SBN 76045)
   CChao@mofo.com
2  S. RAJ CHATTERJEE (SBN 177019)
   SETH A. SCHREIBERG (SBN 267122)
3  TARYN S. RAWSON (SBN 277341)
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6
   BARBARA J. PARKER, City Attorney (SBN 69722)
7  BParker@oaklandcityattorney.org
   AMBER MACAULAY, Deputy City Attorney (SBN 253925)
8  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
9  Telephone: 510.238.3601
   Facsimile: 510.238.6500
10
   Attorneys for Plaintiff City of Oakland
11
   STUART F. DELERY
12 Principal Deputy Assistant Attorney General
   ARTHUR R. GOLDBERG
13 Assistant Director, Federal Programs Branch
   KATHRYN L. WYER (Utah Bar No. 9846)
14 U.S. Department of Justice, Civil Division
   20 Massachusetts Avenue, N.W., Washington, DC 20530
15 Tel. (202) 616-8475/Fax (202) 616-8470
   kathryn.wyer@usdoj.gov
16

17 Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>                     Plaintiff,<br><br>     v.<br><br>ERIC HOLDER, Attorney General of the United States; and MELINDA HAAG, U.S. Attorney for the Northern District of California,<br><br>                     Defendants. | No. CV 12-5245 MEJ<br><br>Related Cases: No. CV 12-3566 MEJ<br>                         No. CV 12-3567 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO RENOTICE HEARING ON DEFENDANTS' MOTION TO DISMISS AND TO RESET DEADLINES FOR ASSOCIATED BRIEFING**<br><br>Hearing Date: January 31, 2013<br>[As proposed by parties]<br>Time: 10:00 a.m.<br>Courtroom: B, Hon. Maria Elena James |

1    WHEREAS, on December 10, 2012, defendants filed a motion to dismiss, noticing the
2 hearing on said motion for January 17, 2013;

3    WHEREAS, pursuant to Local Rule 7-3, plaintiff's opposition to the defendants' motion
4 must be filed by December 24, 2012 and defendants' reply to plaintiffs' opposition must be filed
5 by December 31, 2012;

6    WHEREAS, on December 21, 2012, defendants' counsel contacted plaintiff's counsel
7 seeking a stipulation to renotice the defendants' motion to dismiss for January 31, 2013 and to
8 extend the briefing schedule; and

9    WHEREAS, counsel have agreed to move the hearing on defendants' motion to dismiss to
10 January 31, 2013, and arrived at a mutually agreeable briefing schedule.

11

12    Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED by the parties, through their
13 undersigned counsel, that:

14    1. At defendants' request, the hearing on defendants' motion to dismiss is hereby
15 renoticed for January 31, 2013 at 10:00am before the Honorable Magistrate Judge James in
16 Courtroom B.

17    2. The deadline for plaintiff to file its opposition to the motion to dismiss is extended to
18 January 14, 2013.

19    3. The deadline for defendants to file the reply in support of their motion to dismiss is
20 extended to January 22, 2013.

21

    SO STIPULATED:
22

23

    12/21/12                                             /s/Cedric Chao
24      Date                                          Cedric C. Chao
                                                   Morrison & Foerster
25                                                 Counsel for Plaintiffs

26

    12/22/12                                            /s/ Kathy Wyer
27      Date                                         Kathryn Wyer
                                              United States Department of Justice
28                                              Counsel for Defendants

STIPULATION TO RENOTICE hearing on defendants' motion to dismiss                           i
sf-3232989

1
2       PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4
5   January 3, 2013
          Date                              Hon. Maria Elena James
6                                        United States Magistrate Judge