Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Geoffrey Spellberg (SBN: 121079)
gspellberg@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Claimant
ANA CHRETIEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1840 EMBARCADERO, OAKLAND, CALIFORNIA, <br><br> Defendant. | Case No. CV 12 3567 MEJ <br><br> STIPULATION AND [proposed] ORDER CONTINUING CMC TO APRIL 4, 2013 |
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2106 RINGWOOD AVENUE, SAN JOSE, CALIFORNIA, | **Trial Date:** None Set <br> Case No. CV 12 3566 MEJ <br><br><br> Trial Date:    None Set |

2054676
STIPULATION

1 | Defendant

The Case Management Conference in the above two related cases is currently set for March 14, 2013.

In the related case titled *City of Oakland v. Holder* No. CV 12-5245 MEJ, the plaintiff has moved this Court seeking to stay the forfeiture actions pending resolution of plaintiff's appeal of the Court's recent ruling. That motion is set for hearing on April 4, 2013.

Now therefore in the interest of judicial economy, the parties to this action hereby stipulate that the currently set March 14, 2013 CMC shall be continued to April 4, 2013 to take place at the same time as the currently scheduled motion to stay in case No. CV 12-5245.

IT IS SO STIPULATED

DATED: March 5, 2013        WYKOWSKI & ASSOCIATES

By: _____
Henry Wykowski
Attorneys for Claimant Harborside

DATED: March 5, 2013        MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Geoffrey Spellberg
Attorneys for Petitioner Ana Chretien

2054676
STIPULATION                 2

```
 1 | DATED: March ___, 2013           UNITED STATES ATTORNEYS OFFICE
 2 |
 3 |
                                     By: _____
 4 |                                     Arvon Peerteet
                                         Attorney for United States Department of Justice
 5 |
 6 |
 7 | DATED: March  4 , 2013          JOE ELFORD
 8 |
 9 |
                                     By: _____
10 |                                     Joe Elford
                                         Attorneys for Claimants
11 |                                     David, Firl, Knighten, Grungeth
12 | DATED: March ___, 2013           LAW OFFICES OF STEVEN B. PISER
13 |
14 |
                                     By: _____
15 |                                     Steven B. Piser
                                         Attorneys for Claimant Summitt Bank
16 |
17 |
   | DATED: March ___, 2013           PAUL AVILA
18 |
19 |
20 |                                  By: _____
                                         Paul Avila
21 |                                     Attorneys for Concourse Business Center
22 |
23 |
                                              Order
24 |
        Based upon the above stipulation the Court hereby continues the currently set March 14,
25 |
   2013 Case Management Conference to April 4, 2013 at 10:00 a.m.
26 |
        IT IS SO ORDERED.
27 |
        DATED: March 5, 2013          _____
28 |                                  Hon. Maria-Elena James

2054676                                         3
STIPULATION
```

| | | |
|---|---|---|
| 1 | DATED: March 4, 2013 | UNITED STATES ATTORNEYS OFFICE |
| 2 | | |
| 3 | | By: *(signature)* |
| 4 | | Arvon Perteet, AUSA |
| 5 | | Attorney for United States Department of Justice |
| 6 | | |
| 7 | DATED: March ___, 2013 | JOE ELFORD |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Joe Elford |
| | | Attorneys for Claimants |
| 11 | | David, Firl, Knighten, Grungeth |
| 12 | DATED: March ___, 2013 | LAW OFFICES OF STEVEN B. PISER |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Steven B. Piser |
| 16 | | Attorneys for Claimant Summitt Bank |
| 17 | DATED: March 4, 2013 | PAUL AVILA |
| 18 | | |
| 19 | | By: *(signature)* |
| 20 | | Paul Avila |
| 21 | | Attorneys for Concourse Business Center |

Order

Based upon the above stipulation the Court hereby continues the currently set March 14, 2013 Case Management Conference to April 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

_____
Hon. Maria-Elena James

2054676
STIPULATION                        3

| | | |
|---|---|---|
| 1 | DATED: March ___, 2013 | UNITED STATES ATTORNEYS OFFICE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Arvon Peerteet |
| 5 | | Attorney for United States Department of Justice |
| 6 | | |
| 7 | DATED: March ___, 2013 | JOE ELFORD |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Joe Elford |
| 11 | | Attorneys for Claimants David, Firl, Knighten, Grungeth |
| 12 | DATED: March 4, 2013 | LAW OFFICES OF STEVEN B. PISER |
| 13 | | |
| 14 | | By: /s/ Steven B. Piser |
| 15 | | Steven B. Piser |
| 16 | | Attorneys for Claimant Summitt Bank |
| 17 | DATED: March ___, 2013 | PAUL AVILA |
| 18 | | |
| 19 | | By: _____ |
| 20 | | Paul Avila |
| 21 | | Attorneys for Concourse Business Center |

### Order

Based upon the above stipulation the Court hereby continues the currently set March 14, 2013 Case Management Conference to April 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

_____
Hon. Maria-Elena James

2054676
STIPULATION                      3