CEDRIC C. CHAO (SBN 76045)
cedric.chao@dlapiper.com
ROY K. MCDONALD (SBN 193691)
roy.mcdonald@dlapiper.com
KATHLEEN S. KIZER (SBN 246035)
kathleen.kizer@dlapiper.com
SAORI KAJI (SBN 260392)
saori.kaji@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

BARBARA J. PARKER, City Attorney (SBN 69722)
BParker@oaklandcityattorney.org
DORYANNA MORENO, Chief Assistant City Attorney (SBN 140976)
DMoreno@oaklandcityattorney.org
MARK MORODOMI, Supervising Deputy City Attorney (SBN 120914)
MMorodomi@oaklandcityattorney.org
AMBER MACAULAY, Deputy City Attorney (SBN 253925)
AMacaulay@oaklandcityattorney.org
OAKLAND CITY ATTORNEY
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: 510.238.3601
Facsimile: 510.238.6500

Attorneys for Plaintiff City of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>Plaintiff,<br><br>v.<br><br>ERIC HOLDER, Attorney General of the United States; and MELINDA HAAG, U.S. Attorney for the Northern District of California,<br><br>Defendants. | CASE NO. CV 12-5245 MEJ<br><br>Related Cases: No. CV 12-3566 MEJ<br>No. CV 12-3567 MEJ<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFF CITY OF OAKLAND'S MOTION TO STAY FORFEITURE PROCEEDINGS PENDING APPEAL**<br><br>Date: June 20, 2013<br><br>Time: 10:00 a.m.<br><br>Court: Hon. Maria-Elena James |

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING

WEST\240841540.2

1     Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff City of Oakland ("Oakland") and
2  Defendants US Attorney General Eric Holder and US Attorney Melinda Haag ("Defendants")
3  (collectively, "the Parties") hereby stipulate as follows:
4     WHEREAS, on February 27, 2013, Oakland filed its Motion to Stay Forfeiture
5  Proceedings Pending Appeal ("Motion") and noticed its Motion to be heard on April 4, 2013 at
6  10:00 a.m.;
7     WHEREAS, on March 13, 2013, Defendants filed their Opposition to Oakland's Motion;
8     WHEREAS, on March 20, 2013, Oakland filed its Reply to Defendants' Opposition to
9  Oakland's Motion;
10    WHEREAS, on March 28, 2013, the Court *sua sponte* continued the hearing to April 18,
11 2013, at 10:00 a.m. and vacated the Case Management Conferences in the forfeiture proceedings
12 (Case Nos. 12-3566 and 12-3567);
13    WHEREAS, Cedric Chao, lead counsel for Oakland, will be out of the country on April
14 18, 2013, on a pre-planned business trip;
15    WHEREAS, Kathryn Wyer, counsel for Defendants, is available on April 18, 2013, but
16 will be unavailable during May and the first half of June 2013 due to a two-week trial in another
17 matter currently scheduled for June 3, 2013, and related pretrial briefing and trial preparation;
18    WHEREAS, the Parties have met and conferred and have agreed to reschedule the hearing
19 date on Oakland's Motion for June 20, 2013; and
20    WHEREAS, the requested time modification will have no effect on any other date in the
21 schedule for the above-captioned case.
22    IT IS HEREBY AGREED AND STIPULATED by and between the Parties that the
23 hearing on Oakland's Motion shall be rescheduled to June 20, 2013, at 10:00 a.m.
24
25    I, Cedric C. Chao, hereby attest under penalty of perjury that I have received concurrence
26 in the filing of this document from the other signatory listed below.
27
28

DLA PIPER LLP (US)
SAN FRANCISCO

- 1 -
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING
WEST\240841540.2

| | | |
|---|---|---|
| 1 | Dated: April 12, 2013 | Respectfully submitted, |
| 2 | | DLA PIPER LLP (US) |
| 3 | | OAKLAND CITY ATTORNEY |

By: /s/ Cedric C. Chao
Cedric C. Chao

Attorneys for Plaintiff
CITY OF OAKLAND

Dated: April 12, 2013    Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER (Utah #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for the Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

April 15, 2013
_____    _____
        Date                            HONORABLE MARIA-ELENA JAMES