CEDRIC C. CHAO (SBN 76045)
cedric.chao@dlapiper.com
ROY K. MCDONALD (SBN 193691)
roy.mcdonald@dlapiper.com
KATHLEEN S. KIZER (SBN 246035)
kathleen.kizer@dlapiper.com
SAORI KAJI (SBN 260392)
saori.kaji@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:   415.836.2500
Facsimile:    415.836.2501

BARBARA J. PARKER, City Attorney (SBN 69722)
BParker@oaklandcityattorney.org
DORYANNA MORENO, Chief Assistant City Attorney (SBN 140976)
DMoreno@oaklandcityattorney.org
MARK MORODOMI, Supervising Deputy City Attorney (SBN 120914)
MMorodomi@oaklandcityattorney.org
AMBER MACAULAY, Deputy City Attorney (SBN 253925)
AMacaulay@oaklandcityattorney.org
OAKLAND CITY ATTORNEY
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510.238.3601
Facsimile:    510.238.6500

Attorneys for Plaintiff City of Oakland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ERIC HOLDER, Attorney General of the United States; and MELINDA HAAG, U.S. Attorney for the Northern District of California,<br><br>　　　　　Defendants. | CASE NO.  CV 12-5245 MEJ<br><br>Related Cases: No. CV 12-3566 MEJ<br>　　　　　　　　 No. CV 12-3567 MEJ<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON PLAINTIFF CITY OF OAKLAND'S MOTION TO STAY FORFEITURE PROCEEDINGS PENDING APPEAL**<br><br>Date:　June 20, 2013<br><br>Time:　10:00 a.m.<br><br>Court:　Hon. Maria-Elena James |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff City of Oakland ("Oakland") and

2  Defendants US Attorney General Eric Holder and US Attorney Melinda Haag ("Defendants")

3  (collectively, "the Parties") hereby stipulate as follows:

4    WHEREAS, on February 27, 2013, Oakland filed its Motion to Stay Forfeiture

5  Proceedings Pending Appeal ("Motion") and noticed its Motion to be heard on April 4, 2013 at

6  10:00 a.m.;

7    WHEREAS, on March 13, 2013, Defendants filed their Opposition to Oakland's Motion;

8    WHEREAS, on March 20, 2013, Oakland filed its Reply to Defendants' Opposition to

9  Oakland's Motion;

10    WHEREAS, on March 28, 2013, the Court *sua sponte* continued the hearing to April 18,

11  2013, at 10:00 a.m. and vacated the Case Management Conferences in the forfeiture proceedings

12  (Case Nos. 12-3566 and 12-3567);

13    WHEREAS, Cedric Chao, lead counsel for Oakland, will be out of the country on April

14  18, 2013, on a pre-planned business trip;

15    WHEREAS, Kathryn Wyer, counsel for Defendants, is available on April 18, 2013, but

16  will be unavailable during May and the first half of June 2013 due to a two-week trial in another

17  matter currently scheduled for June 3, 2013, and related pretrial briefing and trial preparation;

18    WHEREAS, the Parties have met and conferred and have agreed to reschedule the hearing

19  date on Oakland's Motion for June 20, 2013; and

20    WHEREAS, the requested time modification will have no effect on any other date in the

21  schedule for the above-captioned case.

22    IT IS HEREBY AGREED AND STIPULATED by and between the Parties that the

23  hearing on Oakland's Motion shall be rescheduled to June 20, 2013, at 10:00 a.m.

24

25    I, Cedric C. Chao, hereby attest under penalty of perjury that I have received concurrence

26  in the filing of this document from the other signatory listed below.

27

28

DLA Piper LLP (US)
San Francisco

- 1 -
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING

WEST\240841540.2

| | |
|---|---|
| Dated: April 12, 2013 | Respectfully submitted, |
| | DLA PIPER LLP (US) |
| | OAKLAND CITY ATTORNEY |
| | |
| | By: /s/ Cedric C. Chao |
| |     Cedric C. Chao |
| | Attorneys for Plaintiff<br>CITY OF OAKLAND |
| Dated: April 12, 2013 | Respectfully submitted, |
| | STUART F. DELERY<br>Acting Assistant Attorney General<br>ARTHUR R. GOLDBERG<br>Assistant Director, Federal Programs Branch |
| | /s/ Kathryn L. Wyer<br>KATHRYN L. WYER (Utah #9846)<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel. (202) 616-8475/Fax (202) 616-8470<br>kathryn.wyer@usdoj.gov<br>*Attorneys for the Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

April 15, 2013
_____        _____
            Date                                                                HONORABLE MARIA-ELENA JAMES