McPHARLIN SPRINKLES & THOMAS LLP
PAUL S. AVILLA, Bar #120458
JEANINE D. DEBACKER #178054
160 W. Santa Clara St., Ste. 400
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Claimant/Defendant
CONCOURSE BUSINESS CENTER, LLC

FILED
JUN 18 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 2106 RINGWOOD AVENUE, SAN JOSE, CALIFORNIA,<br><br>Defendant. | Case No.: CV 12 3566 MEJ<br><br>REQUEST TO APPEAR BY PHONE<br><br>Hearing Date: June 20, 2013<br>Time: 10:00 a.m.<br>Courtroom: B |

Paul S. Avilla, attorney for claimant Concourse Business Center, LLC, hereby requests permission to appear by phone at the June 20, 2013 hearing on Plaintiff City of Oakland's Motion to Stay Forfeiture Proceeding Pending Appeal in related case CV 12-5245 MEJ.

Dated: June 18, 2013

McPHARLIN SPRINKILES & THOMAS LLP

By: /s/ Paul S. Avilla
Paul S. Avilla
Attorneys for Claimant/Defendant
CONCOURSE BUSINESS CENTER, LLC

```
Counsel shall provide the
Courtroom Deputy, Rose Maher,
with a direct dial number to
call him.  Please call
415-522-4708 with that direct
number.
```
IT IS SO ORDERED

6-18-13
Date

Honorable Maria-Elena James

Request to Appear by Phone                                                                                                1