1 | McPHARLIN SPRINKLES & THOMAS LLP
PAUL S. AVILLA, Bar #120458
2 | JEANINE D. DEBACKER #178054
160 W. Santa Clara St., Ste. 400
3 | San Jose, California 95113
Telephone: (408) 293-1900
4 | Facsimile: (408) 293-1999
5 |
Attorneys for Claimant/Defendant
6 | CONCOURSE BUSINESS CENTER, LLC

**FILED**

JUN 18 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,                )   Case No.: CV 12 3566 MEJ
                                             )
12 |           Plaintiff,                     )   REQUEST TO APPEAR BY PHONE
                                             )
13 |    v.                                    )
                                             )   Hearing Date: June 20, 2013
14 | REAL PROPERTY AND IMPROVEMENTS )   Time:        10:00 a.m.
     LOCATED AT 2106 RINGWOOD AVENUE,)   Courtroom:    B
15 | SAN JOSE, CALIFORNIA,                   )
                                             )
16 |           Defendant.                    )

17 |

18 |      Paul S. Avilla, attorney for claimant Concourse Business Center, LLC, hereby requests

19 | permission to appear by phone at the June 20, 2013 hearing on Plaintiff City of Oakland's

20 | Motion to Stay Forfeiture Proceeding Pending Appeal in related case CV 12-5245 MEJ.

21 |

22 | Dated: June 18, 2013                        McPHARLIN SPRINKILES & THOMAS LLP

23 | Counsel shall provide the
     Courtroom Deputy, Rose Maher,          By:   /s/ Paul S. Avilla
24 | with a direct dial number to                  Paul S. Avilla
     call him.  Please call                  Attorneys for Claimant/Defendant
25 | 415-522-4708 with that direct          CONCOURSE BUSINESS CENTER, LLC
     number.
26 | IT IS SO ORDERED

27 | 6-18-13

28 | Date                                    Honorable Maria-Elena James

Request to Appear by Phone                                                  1